UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| REFUGIO MORALES, § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:19-CV-0593 |
| § | |
| FSI RESTAURANT DEVELOPMENT § LIMITED; dba SALTGRASS STEAK § HOUSE, § § | |
| Defendants. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court are Plaintiff Refugio Morales's Motion to Remand, (Doc. No. 4), and Defendant FSI Restaurant Development Ltd.'s Motion to Dismiss, (Doc. No. 5). On February 12, 2020, United States Magistrate Judge Dena Hanovice Palermo issued a Report and Recommendation ("R & R") in this case, recommending the Motion to Remand be granted and the Motion to Dismiss be denied as moot. Objections were due by February 26, 2020. No objections were filed.

The Court agrees with the reasoning and the conclusions of the R & R. Accordingly, the Court hereby **ADOPTS** the R & R and **REMANDS** this case to the District Court of Harris County. Defendant's Motion to Dismiss is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 3rd day of March, 2020.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE